UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

*In Re:*

Chapter 13
Case No. 16-40455-BTR-13

CHERRILL P, WILLIAMS, **Debtor,**

BANK OF AMERICA, N.A. , **Creditor,**

---

### NOTICE OF APPEARANCE AND REQUEST TO RECEIVE NOTICES

---

Comes now BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP pursuant to Bankruptcy Rules 2002, 9007, 9008 and 9010, and files this Notice of Appearance and Demand for Service of Papers as Counsel for BANK OF AMERICA, N.A., party in interest in the captioned proceedings.

Request is hereby made that all notices given or required to be given in this case and in any cases consolidated herewith, and all papers served or required to be served in this case and in any cases consolidated herewith, be given to and served upon the undersigned attorneys at the address and telephone number as follows:

**BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP**
15000 SURVEYOR BLVD SUITE 100
ADDISON, TX 75001
(972) 341-0500

This request encompasses all notices and pleadings including, without limitation, notices of any orders, motions, pleadings or requests, formal or informal applications, disclosure statement or plan of reorganization or any other documents brought before this

Court in this case.

This Notice of Appearance shall not be construed as authorization to serve counsel for  BANK OF AMERICA, N.A. with any summons and complaint or any service of process under Bankruptcy Rule 7001, et. seq.  The undersigned firm will not accept service of process in any adversary case for BANK OF AMERICA, N.A..

BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP, additionally requests that the Debtor and the Clerk of the Court place the name and address of the undersigned attorney on any mailing matrix to be prepared or existing in the above-numbered case, and on any list of creditors to be prepared or existing in the above-numbered bankruptcy case.

> BARRETT DAFFIN FRAPPIER
> TURNER & ENGEL, LLP
>
> BY: /s/ STEVE TURNER_____ 03/25/2016
> STEVE TURNER
> TX NO. 20341700
> 610 WEST 5TH STREET SUITE 602
> AUSTIN, TX 78701
> Telephone: (512) 477-0008
> Facsimile: (512) 477-1112
> E-mail:  EDECF@BDFGROUP.COM
> ATTORNEY FOR CREDITOR

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2016, a true and correct copy of the Notice of

Appearance and Request for Duplicate Notice was served via electronic means as listed on the

Court's ECF noticing system or by regular first class mail to the parties listed on the attached list.


Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP


BY: /s/ STEVE TURNER                          03/25/2016
    STEVE TURNER
    TX NO. 20341700
    610 WEST 5TH STREET SUITE 602
    AUSTIN, TX 78701
    Telephone: (512) 477-0008
    Facsimile: (512) 477-1112
    E-mail:  EDECF@BDFGROUP.COM
    ATTORNEY FOR CREDITOR

**BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:**

**DEBTORS:**
CHERRILL P, WILLIAMS
6632 SHADOW CREEK DR
DALLAS, TX  75241

CHERRILL P, WILLIAMS
6632 SHADOW CREEK DRIVE
DALLAS, TX  75241

**DEBTOR'S ATTORNEY:**
ROBERT E. BARRON
P. O. BOX 1347
NEDERLAND, TX  77627

**TRUSTEE:**
CAREY D. EBERT
P. O. BOX 941166
PLANO, TX  75094-1166